# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2024

## NO. 03-23-00046-CV

**Mary Louise Serafine, Appellant**

**v.**

**Alexander Blunt and Ashley Blunt, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the Order Revising Final Judgment signed by the trial court on October 17, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.